**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

No. 06-7065

―――――――――

EDWARD JAMES EGAN, SR.

Plaintiff - Appellant,

versus

GERALD R. HOLT, Sheriff; DOCTOR JOHN PRITTY;
DOCTOR EDWIN PALVERNIO,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, District Judge.
(7:05-cv-00280)

―――――――――

Submitted: November 21, 2006          Decided:  November 30, 2006

―――――――――

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Edward James Egan, Sr., Appellant Pro Se.  Jim Harold Guynn, Jr.,
GUYNN, MEMMER & DILLON, P.C., Roanoke, Virginia, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Edward James Egan, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Egan's motion for appointment of counsel and affirm for the reasons stated by the district court. Egan v. Holt, No. 7:05-cv-00280 (W.D. Va. May 25, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED